**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
Marek P. Krzyzowski
212-209-4800

-and-

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
David Elsberg
Caitlin Halligan
Andrew Dunlap
Lena Konanova
Ron Krock
212-390-9000

*Attorneys for the Foreign Representatives*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)**, acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, <br><br> Plaintiffs/Appellants, <br><br> -against- <br><br> **CITIBANK NA LONDON,** <br><br> Defendant/Appellee. | Case No. 19-CV-3911 (VSB) **(Administratively Consolidated)** |
| In re: <br><br> **FAIRFIELD SENTRY LIMITED, et al.,** <br><br> Debtors in Foreign Proceedings. | No. 10-13164 (SMB) **(Jointly Administered)** |
| **This document applies to all Administratively Consolidated Appeals** | |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. BANKR. P. 8012

Pursuant to Federal Rule of Bankruptcy Procedure 8012, Kenneth M. Krys and Greig Mitchell, in their capacities as liquidators and foreign representatives of Fairfield Sentry Limited (In Liquidation) ("Sentry"), Fairfield Sigma Limited (In Liquidation) ("Sigma"), and Fairfield Lambda Limited (In Liquidation) ("Lambda"), hereby state that Sentry, Sigma, and Lambda have no parent corporation, and there is no publicly held corporation owning ten percent (10%) or more of the shares of Sentry, Sigma, or Lambda.

Dated: June 1, 2021
New York, New York

Respectfully submitted,

**BROWN RUDNICK LLP**

/s/ David J. Molton
**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, New York 10036
Telephone: 212.209.4800
Facsimile: 212.209.4801
Email: dmolton@brownrudnick.com
Email: mkrzyzowski@brownrudnick.com

-and-

**SELENDY & GAY PLLC**
David Elsberg
Caitlin Halligan
Andrew Dunlap
Lena Konanova
Ron Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: delsberg@selendygay.com
E-mail: challigan@selendygay.com

         Email:  adunlap@selendygay.com
         E-mail: lkonanova@selendygay.com
         E-mail: rkrock@selendygay.com

         *Counsel for the Foreign Representatives*